EDWARD V. TRACY, Appellant, v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and deny the motion, upon the ground that the first cause of action is sufficient.

VAHAK MARDICK, Respondent, v. TERMINAL CAB COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of CLEMENTE CONTRACTING Co., INC., Petitioner, for a Certiorari Order against ELMER F. ANDREWS, Industrial Commissioner of the State of New York, Respondent.— Order of certiorari dismissed and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SEYMOUR BLUM, Respondent, v. HENRY C. WEEKS, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB EMERLE and ROSE EMERLE, His Wife, Respondents, v. GEORGE VARGA and Others, Defendants, Impleaded with CHARLES J. EGE, Appellant. CHARLES J. EGE, Appellant, v. MARGARET SINGER and Others, Defendants, Impleaded with JACOB EMERLE and ROSE EMERLE, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LUCY CHIANTELLI, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH CHINICH, Appellant, v. MORRIS COHEN and JACOB BLUESTEIN, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SCHULTE REAL ESTATE COMPANY, INC., Respondent, v. PEDEMORE, INC., Defendant, Impleaded with JULIUS GROSSMAN, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.; Finch, P. J., dissents and votes to reverse and grant the motion on the ground that the time of the court should not needlessly be taken up where there can be no liability arising out of a lease under seal to which appellant is not a party. There is no estoppel and hence *McQuaid* v. *Ratkowsky* (183 App. Div. 428) does not apply.